In the Matter of ANTONIO L. FARINELLA, Petitioner, against PATRICK WALSH, as Commissioner of the Fire Department of the City of New York, Respondent.— Determination unanimously confirmed as to the first charge. As to the second charge, determination annulled, with $50 costs and disbursements to the petitioner, the charge dismissed and the fine remitted on the ground that there was not sufficient legal evidence to sustain said charge. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.; Martin, P. J., dissents and votes to confirm the determination of the respondent with respect to the second charge. Settle order on notice. [184 Misc. 131.]

ROBERT I. BUCHHOLZ, Respondent-Appellant, v. UNITED STATES FIRE INSURANCE COMPANY, Appellant-Respondent.— On plaintiff's appeal order unanimously modified by striking out the offset pleaded in paragraphs forty-third to fiftieth of the answer, and as so modified affirmed, with $20 costs and disbursements to the plaintiff. On defendant's appeal, order unanimously affirmed. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MINNIE M. PATERNO, Appellant, against WILLIAM W. MILLS et al., Constituting the Tax Commission of the City of New York, Respondents. [136 E. 36th St., Borough of Manhattan.] — Order, so far as appealed from, unanimously modified so as to provide for the fixing of the assessed valuations of the property as follows:

|         | Land      | Building  | Total     |
|---------|-----------|-----------|-----------|
| 1942–43 | $165,000  | $250,000  | $415,000  |
| 1943–44 | 165,000   | 240,000   | 405,000   |
| 1944–45 | 165,000   | 230,000   | 395,000   |

and as so modified affirmed, with $20 costs and disbursements to the relator-appellant. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

K. BERNARD WEISSMAN et al., Copartners Doing Business under the Name of WEK SALES COMPANY, Appellants, v. EDWARD S. BIRN, an Individual Trading as E. S. BIRN Co., Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Dore, Callahan and Peck, JJ. [See *post*, p. 809.]

JOSEPH TONELLI et al., Appellants, v. ARTHUR OSMAN, as President of Wholesale and Warehouse Workers Union, Local 65, C.I.O., et al., Defendants, and GEORGE MELTZ et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Dore, Callahan and Peck, JJ. [186 Misc. 58.]

EUGENE B. DUNKEL, Doing Business as EUGENE B. DUNKEL STUDIOS, Respondent, v. ALBEE McDONALD, as President of Theatrical Contractors Association, a Voluntary Association Consisting of more than Seven Members, et al., Appellants.— Judgment unanimously modified by striking out the provision that the judgment for damages and costs be assessed against the individual members of defendant association, and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., Glennon, Dore, Callahan and Peck, JJ.

HANOVER OPERATING CORPORATION, Appellant, v. DIAMOND THEATRE, INC., et al., Defendants, and JACOB PRICE, Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Dore, Callahan and Peck, JJ.